THE HONORABLE EDWARD J. LODGE

Troy Y. Nelson, ISB #5851
Brook L. Cunningham, *Pro Hac Vice*
RANDALL | DANSKIN, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA  99201-0653
Telephone: (509) 747-2052
Facsimile: (509) 624-2528
tyn@randalldanskin.com
blc@randalldanskin.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS: and SEAN SCOGGIN, husband and wife, | Case No.  17-426-EJL |
| Plaintiffs, | NOTICE OF SERVICE |
| vs. | |
| UNIVERSITY OF IDAHO, a public university, | |
| Defendant. | |

PLEASE TAKE NOTICE that on the 26th day of December, 2017, Plaintiffs' First Requests for Production of Documents Propounded to Defendant were served via e-mail on the following:  Peter C. Erbland at perbland@lclattorneys.com and Katharine B. Brereton at kbrereton@lclattorneys.com.

NOTICE OF SERVICE - 1

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

DATED this 26th day of December, 2017.

                                                      RANDALL | DANSKIN, P.S.


By: /s/ TROY Y. NELSON
     Troy Y. Nelson, ISB #5851
     Brook L. Cunningham, *Pro Hac Vice*
     Attorneys for Plaintiffs
     Randall | Danskin, P.S.
     601 W. Riverside Avenue, Suite 1500
     Spokane, WA  99201
     Phone: 509-747-2052
     Fax:  509-624-2528
     tyn@randalldanskin.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 26th day of December, 2017, the foregoing was delivered to the following persons in manner indicated:

| | |
|---|---|
| Peter C. Erbland | perbland@lclattorneys.com |
| Katharine B. Brereton | kbrereton@lclattorneys.com |
| Lake City Law Group, PLLC | |
| 435 W. Hanley Avenue, Suite 101 | |
| Coeur d'Alene, ID  83815 | |

                                      By:   Troy Y. Nelson
     Troy Y. Nelson, ISB #5851
     Brook L. Cunningham, *Pro Hac Vice*
     Attorneys for Plaintiffs
     Randall | Danskin, P.S.
     601 W. Riverside Avenue, Suite 1500
     Spokane, WA  99201
     Phone: 509-747-2052
     Fax:  509-624-2528
     tyn@randalldanskin.com

NOTICE OF SERVICE - 2

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052