PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*

Troy Y. Nelson, ISB #5851
Brook L. Cunningham, *Pro Hac Vice*
RANDALL | DANSKIN, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA 99201-0653
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS and SEAN SCOGGIN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>Defendant. | Case No:  2:17-cv-00426-EJL<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING STUDENT EDUCATION RECORDS AND INFORMATION** |

Plaintiffs, Bethany Mikolas and Sean Scoggin, by and through their attorneys of record Troy Y. Nelson and Brook L. Cunningham of Randall | Danskin, P.S., and Defendant, University of Idaho, by and through its attorneys of record Peter C. Erbland and Katharine B. Brereton of

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING
STUDENT EDUCATION RECORDS AND INFORMATION - 1**

Lake City Law Group PLLC, hereby enter into a stipulation for a protective order regarding student education records and information as follows:

1. The Parties acknowledge that Plaintiffs have or will be requesting records related to certain current and/or former University of Idaho students;

2. The Parties recognize that these individuals are not parties to this litigation and that the information being disclosed by the University of Idaho pursuant to Plaintiffs' discovery requests and/or subpoenas may qualify as protected education records as defined in the Family Educational Rights and Privacy Act of 1974, 20 U.S.C. § 1232g ("FERPA").  The right to privacy under FERPA belongs to the student.  Even where there is a court order or subpoena, Defendant University of Idaho is obligated to first make a reasonable effort to notify the student of the order or subpoena in advance of compliance so that the student may seek protective action.  *See* 34 C.F.R. § 99.31(a)(9)(ii).  This notification will be done by the University of Idaho as to any Interrogatories, Requests for Production, or Requests for Admissions propounded to Defendant and/or subpoenas, by notifying the student or former student and allowing them time to respond if they so wish.

3. All student educational records and information and documents containing information concerning current and/or former students or applicants, with the exception of the education records belonging to each Plaintiff, are subject to the court's Protective Order.  If any of the information or documents are matters of public record or otherwise obtainable other than through the educational records, then such documents and information are not subject to this Protective Order.

4. The Parties hereby stipulate to the entry of a protective order regarding student education records and information.

DATED this  29th  day of March, 2018.

                                              LAKE CITY LAW GROUP PLLC
Attorneys for Defendant University of Idaho

                                              /s/
PETER C. ERBLAND

                                              /s/
KATHARINE B. BRERETON

                                              RANDALL | DANSKIN, P.S.
Attorney for Plaintiffs Mikolas/Scoggin

                                              /s/
TROY Y. NELSON

                                              /s/
BROOK L. CUNNINGHAM