PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*


Troy Y. Nelson, ISB #5851
Brook L. Cunningham, *Pro Hac Vice*
RANDALL | DANSKIN, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA 99201-0653
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

*Attorneys for Plaintiffs*


UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS and SEAN SCOGGIN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>Defendant. | Case No:  2:17-cv-00426-EJL<br><br>**STIPULATION FOR ORDER DIRECTING DEFENDANT TO RESPOND TO DISCOVERY** |

      Plaintiffs, Bethany Mikolas and Sean Scoggin, by and through their attorneys of record Troy Y. Nelson and Brook L. Cunningham of Randall | Danskin, P.S., and Defendant, University of Idaho, by and through its attorneys of record Peter C. Erbland and Katharine B. Brereton of

**STIPULATION FOR ORDER DIRECTING DEFENDANT TO RESPOND TO DISCOVERY - 1**

Lake City Law Group PLLC, in order to allow Defendant to comply with 34 C.F.R. § 99.31(a)(9), hereby enter into a stipulation for an order directing Defendant to respond to the following Requests for Production contained in Plaintiffs' First Requests for Production of Documents, subject to the *Protective Order Regarding Student Education Records and Information* (Dkt. 18) entered on March 30, 2018:

1. Request for Production No. 1;
2. Request for Production No. 2;
3. Request for Production No. 4;
4. Request for Production No. 5;
5. Request for Production No. 6;
6. Request for Production No. 11;
7. Request for Production No. 13;
8. Request for Production No. 15;
9. Request for Production No. 16;
10. Request for Production No. 17;
11. Requests for Production Nos. 18, 19, 20;
12. Request for Production No. 21;
13. Request for Production No. 24;
14. Request for Production No. 25;
15. Request for Production No. 26;
16. Request for Production No. 27;
17. Request for Production No. 28;
18. Request for Production No. 30;

**STIPULATION FOR ORDER DIRECTING DEFENDANT TO RESPOND TO DISCOVERY - 2**

19. Request for Production No. 34;

20. Request for Production No. 37;

21. Request for Production No. 38;

22. Request for Production No. 39;

23. Request for Production No. 43;

24. Request for Production No. 44;

25. Request for Production No. 45.

DATED this 30th day of March, 2018.

LAKE CITY LAW GROUP PLLC
Attorneys for Defendant University of Idaho

/s/
PETER C. ERBLAND

/s/
KATHARINE B. BRERETON

RANDALL | DANSKIN, P.S.
Attorney for Plaintiffs Mikolas/Scoggin

/s/
TROY Y. NELSON

/s/
BROOK L. CUNNINGHAM

**STIPULATION FOR ORDER DIRECTING DEFENDANT TO RESPOND TO DISCOVERY - 3**