UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS and SEAN SCOGGIN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>Defendant. | Case No: 2:17-cv-00426-EJL-REB<br><br>**ORDER ADOPTING STIPULATION FOR ORDER DIRECTING DEFENDANT TO RESPOND TO DISCOVERY**<br><br>**(DOCKET NO. 19)** |

THIS MATTER came before the Court on the parties' Stipulation for Order Directing Defendant to Respond to Discovery (Docket No. 19). The Court, having reviewed the same, finds good cause to enter the following:

**IT IS HEREBY ORDERED:**

Subject to the *Protective Order Regarding Student Education Records and Information* (Docket No. 18) entered on March 30, 2018, Defendant is ordered to respond to the following Requests for Production contained in Plaintiffs' First Requests for Production of Documents:

1. Request for Production No. 1;
2. Request for Production No. 2;
3. Request for Production No. 4;
4. Request for Production No. 5;
5. Request for Production No. 6;
6. Request for Production No. 11;
7. Request for Production No. 13;
8. Request for Production No. 15;

9. Request for Production No. 16;

10. Request for Production No. 17;

11. Requests for Production Nos. 18, 19, 20;

12. Request for Production No. 21;

13. Request for Production No. 24;

14. Request for Production No. 25;

15. Request for Production No. 26;

16. Request for Production No. 27;

17. Request for Production No. 28;

18. Request for Production No. 30;

19. Request for Production No. 34;

20. Request for Production No. 37;

21. Request for Production No. 38;

22. Request for Production No. 39;

23. Request for Production No. 43;

24. Request for Production No. 44;

25. Request for Production No. 45.

DATED: April 3, 2018

_____
Ronald E. Bush
Chief U.S. Magistrate Judge