Shamus T. O'Doherty, ISB #9626
sto@randalldanskin.com
Brook L. Cunningham, *Pro Hac Vice*
blc@randalldanskin.com
RANDALL | DANSKIN, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA  99201-0653
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>　　　　　　Defendant. | Case No.  2:17-cv-426-REB<br><br>DECLARATION OF BETHANY MIKOLAS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br>(Docket No. 40) |

Bethany Mikolas states:

1. I make this declaration based on my own personal knowledge and am the Plaintiff in the above entitled action.

2. On February 11, 2016, I was sexually assaulted by another law student off campus.

3. After the sexual assault, the assailant was permitted to remain in two common classes we had together, Wills and Evidence.  Three days per week I would have those two classes with the assailant, along with having daily contact with him in the law school building.

DECLARATION OF BETHANY MIKOLAS - 1

4. During that Spring 2016 semester, I expressed to University of Idaho ("UI") personnel that I was suffering from depression and severe debilitating anxiety, from being in the same classes with the assailant.

5. During that semester, he would deliberately approach me, make eye contact with me, get in close proximity to me, walk past my study carrel so I would see him, smoke cigarettes in places he knew I would be based on my schedule, and stare at me aggressively to intimidate and harass me.

6. I raised these issues with UI personnel, including the fear and anxiety it was causing me, and I was just told not to talk to the assailant, which I had no intention of doing.

7. When it became apparent UI personnel were not going to help me, the anxiety, fear, and hopelessness became too much, and I would not go to school, or even leave my house, for long periods of time. I had difficulty even getting out of bed and taking care of myself and my children.

8. I was afraid to be around the assailant and had to use my friends to escort me around the building. I repeatedly told UI personnel that I felt unsafe, threatened, intimidated and harassed around the assailant, both verbally and in emails, and UI did nothing.

9. Almost three weeks before the start of the Fall 2016 semester, I recognized the assailant's name on my class email list for my upcoming bankruptcy class. I immediately requested that he be removed from the class. I asked that he take the class by recording (like I did repeatedly in the Spring 2016 semester) or take a different class. I did not care which he did as long as I did not have to be in contact with the man who sexually assaulted me for another class.

10. UI refused my repeated requests and pleas to remove him from that small bankruptcy class of twenty students until I finally had no choice and threatened to obtain legal counsel and file a complaint with the Office of Civil Rights. They removed him after I threatened legal action.

DECLARATION OF BETHANY MIKOLAS - 2

11. My understanding is that UI claims the assailant and I were instructed to alternate attending the common bankruptcy class when it began. That is absolutely not true. I was never told to alternate attending that class, but instead, refrained from going since UI repeatedly refused to remove him. I could not handle the fear, anxiety and depression that comes seeing my assailant in class again like I experienced in the Spring semester.

12. Finally, with respect to law review, after being told to attend a law review event at a bar with the assailant shortly after he sexually assaulted me, I voluntarily removed myself from law review events completely to avoid him. I was never even told by UI that the assailant had been instructed not to attend law review events.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury pursuant to the laws of the State of Idaho, that the foregoing is true and correct.

DATED this 10th day of June, 2019.

_____
BETHANY MIKOLAS

DECLARATION OF BETHANY MIKOLAS - 3

## CERTIFICATE OF SERVICE

The hereby certify that on the 10th day of June, 2019, I caused to be served the foregoing document on the following via electronic mail:

Peter C. Erbland  perbland@lclattorneys.com
Katharine B. Brereton  kbrereton@lclattorneys.com
Lake City Law Group, PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815

 

s/ Shamus T. O'Doherty
Shamus T. O'Doherty, ISB #9626
Brook L. Cunningham, *Pro Hac Vice*
Attorneys for Plaintiff