LAWRENCE G. WASDEN
Attorney General
State of Idaho
Office of the Attorney General

PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>Defendant. | Case No:  2:17-cv-00426-DCN<br><br>**STIPULATION TO VACATE ORAL ARGUMENT HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Bethany Mikolas, by and through her attorneys of record, Brook L. Cunningham and Shamus T. O'Doherty of Randall | Danskin, P.S., and Defendant University of Idaho, by and through its attorneys of record, Peter C. Erbland and Lake City Law Group PLLC, hereby move the Court for an Order Vacating the Oral Argument Hearing On Defendant's Motion for Summary Judgment currently scheduled for October 11, 2019, at 3:30 p.m.  The parties hereby inform the Court that the above-entitled matter has been resolved and the parties will be filing a stipulation

for dismissal with prejudice.

DATED this 7th day of October, 2019.

LAKE CITY LAW GROUP PLLC


*/s/ Katharine B. Brereton*_____
KATHARINE B. BRERETON
Attorney for Defendant

DATED this 7th day of October, 2019.

RANDALL | DANSKIN, P.S.


/s/ *Brook L. Cunningham*_____
BROOK L. CUNNINGHAM
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the <u>7th</u> day of October, 2019, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorneys for Plaintiffs:

Brook L. Cunningham                          ☑ Email: blc@randalldanskin.com
Shamus T. O'Doherty                                       sto@randalldanskin.com
RANDAL | DANSKIN, P.S.
601 W. Riverside Ave., Suite 1500
Spokane, WA  99201-0653


*/s/ Nicky Hastings*
Nicky Hastings

**STIPULATION TO VACATE ORAL ARGUMENT HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 3**