LAWRENCE G. WASDEN
Attorney General
State of Idaho
Office of the Attorney General

PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BETHANY MIKOLAS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>　　　　　　Defendant. | Case No:  2:17-cv-00426-DCN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Bethany Mikolas, by and through her attorneys of record, Brook L. Cunningham and Shamus T. O'Doherty of Randall | Danskin, P.S., and Defendant University of Idaho, by and through its attorneys of record, Peter C. Erbland and Lake City Law Group PLLC, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice, on the ground and for the reason that the matter has been fully settled as to all claims against Defendant.  All parties to bear their own costs and attorneys' fees.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 23rd day of October, 2019.

           LAKE CITY LAW GROUP PLLC


           */s/ Katharine B. Brereton*
           KATHARINE B. BRERETON
           Attorney for Defendant

DATED this 23rd day of October, 2019.

           RANDALL | DANSKIN, P.S.


           /s/ *Brook L. Cunningham*
           BROOK L. CUNNINGHAM
           Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of October, 2019, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorneys for Plaintiffs:

| | |
|---|---|
| Brook L. Cunningham<br>Shamus T. O'Doherty<br>RANDAL \| DANSKIN, P.S.<br>601 W. Riverside Ave., Suite 1500<br>Spokane, WA  99201-0653 | ☒ Email: blc@randalldanskin.com<br>sto@randalldanskin.com |

*/s/ Nicky Hastings*
Nicky Hastings

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**